E.A.B., Respondent,

v.

S.K., Appellant.

No. ED 105228

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: October 17, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied
December 19, 2017

S.K., Appellant acting Pro Se.

E.A.B., Respondent acting Pro Se.

Before Colleen Dolan, P.J., Mary K.
Hoff, J., and Lisa S. Van Amburg, J.

## ORDER

PER CURIAM.

S.K. appeals the trial court's judgment of a full order of protection against him. S.K. contends the trial court had insufficient evidence to support a full order of protection on the basis of abuse by harassment or stalking. After reviewing the record, we find there was adequate evidence for the trial court to find S.K. "harassed" E.A.B. as defined in § 455.010(1)(d). Accordingly, we affirm.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).